726 A.2d 1037

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Edgar J. WILLITS, Jr., Petitioner.**

Supreme Court of Pennsylvania.

March 23, 1999.

## ORDER

PER CURIAM:

**AND NOW**, this 23 rd day of March, 1999, the Petition for Allowance of Appeal is GRANTED, the Order of the Superior Court is VACATED and this matter is REMANDED to the trial court for further consideration in light of this Court's decision in *Commonwealth v. Anders*, 555 Pa. 467, 725 A.2d 170 (1999).